**FILED**
July 1, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

PROB 22 (Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | W-07-CR-00150-1 |
| DOCKET NUMBER *(Rec. Court)* | 3:24−cr−00279 |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

**Tremaine Deon Johnson**
Waxahachie Texas, 75165

**DISTRICT:** Western District Of Texas
**DIVISION:** Waco Division

**NAME OF SENTENCING JUDGE:** The Honorable Judge Walter S. Smith, Jr.

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM: October 1, 2019
TO: September 30, 2027

**OFFENSE**
Count 1: 21 U.S.C. § 841(a)(1) & 841(b)(1)(B)(iii) & 860(a) - Possession with Intent to Distribute at Least 5 Grams of "Crack" Cocaine, a Schedule II Narcotic Drug Controlled Substance, Within 1000 Feet of a Public Elementary
Count 2: 18 U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm During the Commission of a Drug Trafficking Crime

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Johnson intends to remain in the Northern District of Texas throughout his term of supervision and has no ties to the Western District of Texas. It is respectfully recommended Jurisdiction in Case No. W-07-CR-00150-1 be transferred to the Northern District of Texas.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Texas** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

07/01/2024
*Date*

*United States District Judge Alan D Albright*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 1, 2024
*Effective Date*

*United States District Judge*

1